NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1153

MARIE PETE

VERSUS

WUNDERBAR BUILDING MAINTENANCE

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2003-1055
HONORABLE DAVID ALEXANDER RITCHIE, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Sylvia R. Cooks, Billy Howard Ezell, and James T. Genovese, Judges.

**AFFIRMED.**

 James Spruel, Jr.
Attorney at Law
3112 Enterprise Blvd.
Lake Charles, LA 70601
(337) 474-6106
Counsel for Plaintiff/Appellant:
Marie Pete

**Cynthia Thomas Batiste**
**Louisiana Dept. of Labor**
**1001 North 23rd Street**
**Baton Rouge, LA 70802**
**(225) 342-3044**
**Counsel for Defendant/Appellee:**
**State of Louisiana, Department of Labor**

**Lenora Rougeau**
**Wunderbar Building Maintenance**
**1003 Northeast Street**
**Sulphur, LA 70663**
**(337) 111-1111**
**Counsel for Defendant/Appellee:**
**Wunderbar Building Maintenance**